# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| DOUGLAS RIDDLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:22-cv-00469-DGK |
| | ) | |
| WELLS FARGO BANK, N.A., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF DOUGLAS RIDDLE'S MOTION AND SUGGESTIONS FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND ADD ADDITIONAL PARTIES

COMES NOW Plaintiff Douglas Riddle, and for his Motion for Leave to file his First Amended Complaint and to Add Additional Parties does hereby state as follows:

1. The current scheduling order had a deadline of January 9, 2023 to amend pleadings and add parties. Plaintiff's counsel has been sick in bed for the past four days and was not able to complete the motion and amended Complaint for submission to the Court before the deadline, but on January 9, 2023 did file a Motion for Extension of Time to extend said deadline by just one day to allow counsel to complete and file Plaintiff's Motion to Amend/Add Parties with the proposed First Amended Complaint. Defendant Wells Fargo Bank's counsel did consent to the request for one-day extension.

2. Pleadings filed in this case and ongoing discovery have led to information that the original Defendants, Wells Fargo Bank, N.A., Specialized Loan Servicing, the Unknown Defendants and proposed additional Defendant Timios Title have all damaged the Plaintiff as

more fully set forth in the proposed First Amended Complaint attached hereto as **Exhibit "1"** and made a part hereof by this reference.

3.       The purpose of the proposed First Amended and Restated Complaint is to add Timios Title, Inc. and Fidelity National Title Insurance Company to this case as Defendants due to the damages caused by Timios Title, Inc. and Fidelity National Title Insurance Company to the Plaintiff as more fully set out in the proposed First Amended Complaint (see **Exhibit "1"** attached).

4.       "Motions to amend to add or substitute a party should be freely granted when justice so requires." *Thompson v. Brown & Williamson Tobacco Corp.*, 207 S.W.3d 76, 114 (Mo.App. W.D. 2006), quoting *Asmus v. Capital Region Family Practice*, 115 S.W.3d 427, 432 (Mo.App. W.D. 2003).   "When an amended pleading arises 'out of the conduct, transaction, or occurrence set forth or attempted to be set forth in the original pleading,' the amended pleading relates back." *Thompson*, 207 S.W.3d at 115, quoting *Koerper & Co., Inc. v. Unitel Int'l., Inc.*, 739 S.W.2d 705, 706 (Mo. banc 1987).

5.       Here, justice requires granting leave to amend. All three considerations of Rule 55.33 are satisfied when leave is allowed in this case.

6.       The form of Plaintiff Douglas Riddle's First Amended Complaint is attached hereto as **Exhibit "1"**.

WHEREFORE, Plaintiff prays for an order from the Court granting Plaintiff leave to file its First Amended Complaint attached hereto as **Exhibit "1"**.

Respectfully submitted,

/s/ Michelle W. Burns
Michelle W. Burns MO #55751
BURNS LAW, LLC
430 E. Santa Fe Street, Suite 100-B
Olathe, KS 66061
913-663-1300 Telephone
michelle@burnslawkc.com
ATTORNEYS FOR
DOUGLAS RIDDLE

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed with this Court via the CM/ECF System which sent notification of such filing to all counsel of record, on this 10th day of January 2023, to:

Michael L. Jente MO#62980
Jacqueline K. Graves MO#64875
LEWIS RICE LLC
600 Washington Avenue, Suite 2500
St. Louis, MO 63101
Telephone: 314-444-7600
Fax: 314-612-7675
mjente@lewisrice.com
jgraves@lewisrice.com
ATTORNEYS FOR
SPECIALIZED LOAN SERVICING, LLC

Stephen J. Moore MO#58100
Carolyn J. Geoghegan MO #59865
GALLOWAY JOHNSON TOMPKINS
BURR & SMITH, A PLC
222 S. Central Avenue, Suite 1110
St. Louis, MO 63105
Telephone: 314-725-0525
Facsimile: 314-725-7150
smoore@gallowaylawfirm.com
cgeoghegan@gallowaylawfirm.com
ATTORNEYS FOR
SPECIALIZED LOAN SERVICING, LLC

William Easley
BRYAN CAVE LEIGHTON PAISNER LLP
1200 Main Street Suite 3800
Kansas City, MO 64105
816-374-3200 Telephone
Will.easley@bclplaw.com
ATTORNEYS FOR WELLS FARGO BANK, N.A.

Branch M. Sheppard
1301 McKinney Street, Suite 1400
Houston, TX 77010
bsheppard@gallowaylawfirm.com
ATTORNEY FOR
SPECIALIZED LOAN SERVICING, LLC

/s/ Michelle W. Burns
Michelle W. Burns